UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ARTURO ORTIZ,

    Plaintiff,

v.                                          Case No. 5:20-cv-300-TKW/MJF

K. JONES, et al.,

    Defendants.
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.[1] Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

---

[1] The Report and Recommendation was returned by the Post Office as undeliverable even though it was mailed to Plaintiff's address of record. *See* Doc. 13. Plaintiff's failure to keep the Court apprised of his current address is an additional reason why this case should be dismissed.

**DONE AND ORDERED** this 3rd day of May, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**